211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 14−46491−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Arthur John Westrick II
    120 Degurse
    Marine City, MI 48039

Social Security No.:
    xxx−xx−1435

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☑ Chapter 7 Means Test (Form 22 A)
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☐ Statistical Summary of Certain Liabilities
- ☐ Statement of Financial Affairs
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement Regarding Authority to Sign and File Petition (Business Only)
- ☐ Summary of Schedules
- ☐ Schedules A−J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **4/29/14** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 4/16/14

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court