# United States Bankruptcy Court
## Eastern District of Michigan

In re **Arthur John Westrick, II**     Case No. **14-46491**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Capital One - Suzuki | **Describe Property Securing Debt:** <br> 2004 Suzuki GSX-R600K Motor Cycle VIN XXXXXXXXXXXXX3061 |
|---|---|

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt       ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Gecrb/art Van Furnitur | **Describe Property Securing Debt:** <br> Charge Account |
|---|---|

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt       ☐ Not claimed as exempt

**Property No. 3**

| Creditor's Name:<br>M&T Bank | Describe Property Securing Debt:<br>Residence located at 120 DeGurse Avenue, Marine City, MI 48039. Market value estimated by debtor. SEV is $54100. |
|---|---|

Property will be (check one):
  ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☑ Claimed as Exempt      ☐ Not claimed as exempt

**Property No. 4**

| Creditor's Name:<br>Motor City Credit Union | Describe Property Securing Debt:<br>2004 Mazda 3 VIN xxxxxxxxxxxxx6301 |
|---|---|

Property will be (check one):
  ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☑ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 24, 2014**      Signature   **/s/ Arthur John Westrick, II**
                                                              **Arthur John Westrick, II**
                                                              Debtor